## CRAIG v. INDIANA.

No. 17, Misc.  Decided April 15, 1963.

Petitioner *pro se.*

*Edwin K. Steers,* Attorney General of Indiana, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Lane* v. *Brown,* 372 U. S. 477.

## BARBER v. VIRGINIA.

No. 134, Misc.  Decided April 15, 1963.

Petitioner *pro se.*

*Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Griffin* v. *Illinois,* 351 U. S. 12, and *Douglas* v. *California,* 372 U. S. 353.